granted. *Solicitor General McGrath* and *William S. Tyson* for petitioner. *Edwin F. Hunt, Walton Whitwell* and *Wm. H. Swiggart* for respondent in No. 335. *Leonard A. Pierce* and *E. Spencer Miller* for respondent in No. 336. *Harold B. Wahl* filed a brief for the Jacksonville Terminal Co., as *amicus curiae,* opposing the petitions. Reported below: No. 335, 155 F. 2d 1016; No. 336, 155 F. 2d 215.

No. 377. FAY *v.* NEW YORK; and

No. 452. BOVE *v.* NEW YORK. October 14, 1946. Petitions for writs of certiorari to the Court of Appeals of New York granted. *Robert J. Fitzsimmons* and *Harold R. Medina* for petitioner in No. 377. *Moses Polakoff* and *Samuel Mezansky* for petitioner in No. 452. *Frank S. Hogan* and *Whitman Knapp* for respondent. Reported below: 296 N. Y. 510, 68 N. E. 2d 453.

No. 384. NEW YORK EX REL. HALVEY *v.* HALVEY, CUSTODIAN. October 14, 1946. Petition for writ of certiorari to the Court of Appeals of New York granted. *Robert S. Florence* for petitioner. *Emanuel N. Frankel* for respondent.

No. 404. MEXICAN LIGHT & POWER CO., LTD. *v.* TEXAS MEXICAN RAILWAY CO. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Texas granted. *Carl G. Stearns* and *Chas. W. Bell* for petitioner. *M. G. Eckhardt* for respondent.

No. 429. UNITED STATES *v.* FULLARD-LEO ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit